**Below is the Order of the Court.**

*Brian D. Lynch*

Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **KEVIN BERNARD ROBERTS** | Cause No. 16-44538-BDL |
| Debtors. | **EX PARTE ORDER DISMISSING DEBTOR'S CHAPTER 13** |

IT IS ORDERED that this case shall be dismissed.

///end of order///

Presented by:

_____
ELLEN ANN BROWN WSB#27992
Attorney for Debtors

_____
Mathew S. Lacroix, WSBA 41847 for
Michael G Malaier
Chapter 13 Standing Trustee

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958